**JS-6**

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:24-cv-02562-FWS-ADS                                    Date: February 20, 2026
Title: Gabriela A. Ledesma v. FCA US LLC

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

 Rolls Royce Paschal                                         N/A
 Deputy Clerk                                           Court Reporter

Attorneys Present for Plaintiff:                Attorneys Present for Defendant:

 Not Present                                          Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF
SETTLEMENT [47] AND SETTING DEADLINE TO FILE MOTION
FOR ATTORNEYS' FEES AND COSTS**

The court, having been advised by a Notice of Settlement, (Dkt. 47 ("Notice")), that this
action settled, hereby orders this action dismissed without prejudice. The court hereby orders
all proceedings in this case **VACATED** and **TAKEN OFF CALENDAR**. The court retains
jurisdiction for 30 days to vacate this order and to reopen the action upon a showing of good
cause that the settlement has not been completed. This order shall not prejudice any party in
this action.

Because the parties have agreed to settle this case through Defendant FCA US LLC's
Offer of Judgment, (Notice at 2; *see also* Dkt. 43), the court will extend the deadline for the
parties to meet and confer in good faith regarding attorneys' fees and costs, after reviewing this
court's past orders regarding attorneys' fees in Song-Beverly Act cases, from February 24,
2026, to and including **March 5, 2026**. If the parties cannot agree on the issue of fees and
costs, Plaintiff Gabriela A. Ledesma shall file an appropriate motion on or before **March 12,
2026**.

_____